**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEVI MIGUEL JOSE ORTEGON<br><br>Defendant. | **Case No. CR-26-68-BLG-KSL**<br><br>**ORDER TO EXTEND DEADLINE TO FILE REPLY BRIEF** |

Upon the Defendant's Unopposed Motion to Extend Reply Brief Deadline (Doc. 27), and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Motion (Doc. 27) is **GRANTED.** The deadline to file a Reply Brief is extended up to and including **October 5, 2026.**

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 5th day of October, 2026.

Kathleen Lane

KATHLEEN S. LANE
U. S. DISTRICT COURT JUDGE